UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MR. ROBERT K. BROWN. SR. 895-11-01148

        Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.,
POLICE OFFICER: MARCUS McCOY #09259
POLICE OFFICER: STEPHEN JANEE #06088
19TH PRECINCT.

PARTIES IN THIS COMPLAINT:

MR. ROBERT K. BROWN. SR. 895-11-01148
OTIS BATUM CORRECTIONAL FACILITY.
16-00 HAZEN STREET. 1 LOWER.
EAST ELMHURST, NEW YORK 11370

**ORIGINAL**

COMPLAINT UNDER THE CIVIL
RIGHTS ACT 42 U.S.C. 1983

CV-_____

**CV 12** JURY TRIAL: YES

NYSID# 4012728L

**MATSUMOTO, J.**

BLOC

1. Plaintiff brings this action pursuant to 42 U.S.C. 1983.
   He alleges in his first claim that he was placed under arrest without probable cause and that by such arrest his right to be free from unreasonable searches and seizures was violated.

2. Plaintiff also asserts a State claim for: False Arrest.

                CAUSE OF ACTION

FALSE ARREST-UNLAWFUL IMPRISONMENT-MALICIOUS PROSECUTION-XXXXXX MENTAL ANGUISH-INTENTIONAL EMOTIONAL DISTRESS-PAIN AND SUFFERING.

              STATEMENT OF CLAIM ATTACHED



RECEIVED APR - 6 2012 PRO SE OFFICE

CAUSE OF ACTION

FALSE ARREST- UNLAWFUL IMPRISONMENT- MALICIOUS PROSECUTION- INTENTIONAL EMOTIONAL DISTRESS- PAIN AND SUFFERING- ▬▬▬-▬▬▬ ▬▬▬▬.

## STATEMENT OF FACTS/CLAIM

1. The plaintiff alleges that on December 13, 2010, in the County of New York that the plaintiff was falsely arrested by the New York City Police Department 19th precinct acting under the color of state law.

2. That police officers Marcus McCoy #09259 and Stephen Janee #06088 forcibly restrained and handcuffed the plaintiff thereby depriving him of his liberties in violation of the 4th 5th and 14th Amendment rights to the United States Constitution.

3. The plaintiff alleges that on December 13, 2010, in the County of New York that police officers from the 19th precinct acting under the color of state law after forcibly restraining the plaintiff and handcuffing him without his consent thereafter transported the plaintiff to the 19th precinct and unlawfully detained him thereby depriving him of his liberties in violation of his 4th 5th and 14th Amendment rights of the United States Constitution.

4. The plaintiff alleges that from December 13-14 2010, in the County of New York that police officers acting under the color of State law subjected the plaintiff to ▬▬ unlawful imprisonment and thereafter striped searched him under the threat of being assaulted by police officers from the Emergency Services division and all of the plaintiff clothing was confiscated at the 19th Precinct without ever being returned leaving the plaintiff except for his under-garments naked and handcuffed in a cell and then transferred to ▬ the local criminal court for processing of arraignment during a snow storm and cold whether conditions thereby causing the plaintiff intentional emotional distress.

(2)

RXXXRW

5. The plaintiff alleges that on December 14, 2010, the New York City Police Department commenced criminal proceedings against the plaintiff on an assortment of offense(s) under Docket Number 2010NY091520 in the local court of New York County.

6. The plaintiff alleges that he was assigned counsel and arraigned by the criminal court and held in lieu of bail and remanded to the custody of the New York City Department of Corrections for future court actions.

7. The plaintiff's criminal proceddings per plea negotiations were postponed from January 2011 thru December 2011 without success for plea negotiations.

8. The plaintiff while appearing in a Supreme Court part 51 in New York County on an unrelated charge Indictment Number 05448-10 with the consent of the New York county court and district attorney's office and defense counsel ordered a 730.50 examination in May-June 2011.

9. The plaintiff on June 30, 2011, was ordered by the New York County Supreme Court to be committed to the Department of Mental Hygeiene at Mid-Hudson Forensic Psychiatric Center and was subsequently thereafter transfeered from the New York City Department of Corrections on July 11, 2011 to the Mid-Hudson facility where he remained until September 7th 2011 for his emotional and also psychological distress and then placed on psycotrophic medications for his pain and suffering and symptoms diagnosed.

10. The plaintiff alleges that after treatment of his distress that he was found fit to proceed in his criminal proceedings and thereafter transferred back to the New York City Department of Corrections for future court action under a new book and case number 895-11-01148. Former B/c#
349-10-20133

(3)

11. The plaintiff alleges that on September 20, 2011, that the proceedings was adjourned until October 12, 2011, and then again adjourned until November 2011, for all charges pending under docket# 2010NY091520 that the herein defendants commenced and continued in a criminal proceeding and that the criminal proceedings was terminated in the plaintiff's favor pursuant to CPL 160.50 and that there was no probable cause for the arrest and that the herein criminal proceedings was instituted in actual malice due to the plaintiff's criminal history and not based on the charges herein alleged.

12. The plaintiff alleges that on _March 28_ 2012, all charges pending under docket# 2010NY091520 were terminated in the plaintiff's favor and that the plaintiff commences this action for compensatory and punitive damages in the amount of three million dollars ($3,000,000.00) for violations of the plaintiff's 4th 5th and 14th Amendment Rights in the deprivation of his liberties due to false arrest, Unlawful Imprisonment, Malicious Prosecution and intentional emotional distress cause by the defendants acting under the color of State law.

Dated: _March 29_ 2012
Bronx, N.Y. 11370

Respectfully Submitted

_Robert Brown_
Mr. Robert K. Brown.

Sworn to Before me this
_23rd_ day of _November_ 20 _11_

_Jenkins_
NOTARY PUBLIC/Commissioner of deeds

KIM L. JENKINS
NOTARY PUBLIC State of New York
No. 01JE4877656
Qualified in Nassau County
Certified in New York County
Commission Expires June 25, 20_15_

(4)

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).  **N/A**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___  No **X**  Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___  No **X**  Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___  No **X**

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___  No **X**

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?  **N/A**

1. Which claim(s) in this complaint did you grieve?  **N/A**

2. What was the result, if any?  **N/A**

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.  **N/A**

F. If you did not file a grievance:  Non-grievable.

1. If there are any reasons why you did not file a grievance, state them here: **N/A** Due to the events arising from my unlawful arrest and unlawful imprisonment by the NYCPD et al, and the malicious prosecution by the City of N.Y. The Dpt of Corr and mental hygiene were bullying by ct orders on the dept's above.

2. If you did not file a grievance but informed any officials of your claim, state who you

Rev. 05/2007

(5)

informed, when and how, and their response, if any: ~~not~~ *not present*
attorney of record Kevin S. Sylvan ESQ
110 Wall Street, New York 10005
(212) 709-8336

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. __N/A__
*non-grievable*

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). __THE PLAINTIFF SEEKS COMPENSATORY DAMAGES AND PUNITIVE DAMAGES IN THE AMOUNT OF THREE MILLION DOLLARS $3,000,000,00 FOR THE VIOLATION OF HIS 4TH 5TH AND 14TH AMENDMENT RIGHTS AND THE DEPRIVATION OF HIS LIBERTIES BY ALL THE DEFENDANTS ~~~~ ACTING UNDER THE COLOR OF STATE LAW.__

(●)

(6)

VI. Previous lawsuits:

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ~~[redacted]~~   none (no other lawsuit)

Defendants ~~[redacted]~~

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number  none

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?  Yes ___  No ___
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   none

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ___   No **X**

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  none

Defendants  none

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?  Yes ___  No ___
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __N/A__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of March, 2012

Signature of Plaintiff   Robert K. Brown Jr.
Inmate Number   895-11-01148   MDD-1 Lower
Institution Address   [redacted]
Otis Bantum Detention Center
18-18 Hazen Street
East Elmhurst, N.Y.
11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 29 day of March, 2012 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   Robert K. Brown Jr.

(●)
(8)

MR. ROBERT K. BROWN, 895-11-01148
OTIS BANTUM DETENTION CENTER. 1 LOWER.
1600 HAZEN STREET.
EAST ELMHURST, NEW YORK 11370

March 30, 2012

TO: HON. CLERK OF THE UNITED
STATES DISTRICT COURT-PRO-SE
CLERK'S OFFICE:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA.
BROOKLYN, N.Y. 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 06 2012 ★

BROOKLYN OFFICE

ORIGINAL

RE: FILING OF 1983 CIVIL RIGHT ACTION
    COMPLAINT.

This letter comes to your office and attention regarding the herein enclosed Original Complaint and three (3) copies captioned: Robert K. Brown, Sr. v The City of New York, et al., as the Defendants coupled with an in-forma-pauperis motion for filing and index number.

All papers that are necessary are herein attached for your information.

Thank You very much for all of your cooperation in this matter.

Any further information will be provide upon request.

cc:file

Respectfully Submitted

*Robert K. Brown Sr.*

Mr. Robert K. Brown, Sr.
East Elmhurst, N.Y. 11370